In the Matter of the Joint Application of F. C. CAL-HOUN, G. L. Goodrich, and Calhoun-Goodrich Lines, Inc., for Authority to Transfer Certificates of Public Convenience and Necessity Nos. 116 and 118, Docket 777, and Certificate No. 199, Docket 1943, as amended.

PUBLIC SERVICE COMMISSION of the State of WYOMING, F. C. Calhoun, G. L. Goodrich, and Calhoun-Goodrich Lines, Inc., Appellants, v. L. J. RUSSELL, Doing Business under the Firm Name of Russell Transportation Company, Respondent.

(No. 2011; May 18, 1937; 68 Pac. (2d) 602)

For the appellants, there was a brief by *Ray E. Lee,* Attorney General; *Thos. F. Shea,* Deputy Attorney General; *Wm. C. Snow,* Assistant Attorney General; and *L. C. Sampson* of Cheyenne, and *Harold I. Bacheller* of Casper, and oral arguments by *Ray E. Lee* and *L. C. Sampson.*

RINER, Justice.

The appeal in this case is in the same situation so far as the questions involved are concerned as Case No. 2010 this day disposed of by an opinion directing a dismissal thereof. The appeal in this case must accordingly be dismissed.

*Dismissed.*

BLUME, Ch. J., and KIMBALL, J., concur.